```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CUDDY LAW FIRM, P.L.L.C.,

               Plaintiff,

     -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2025

**ORDER**

25-CV-8515 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Defendant's letter motions ("Defendant's Motions"): (1) requesting to extend the answer deadline from November 5, 2025 to February 3, 2026 (ECF No. 10) and (2) requesting that the November 12, 2025 deadline to submit the joint letter required by Judge Furman's October 17, 2025 Order, ECF No. 6, be extended to thirty days after Defendant's answer is due (ECF No. 11). Defendant's Motions are **GRANTED IN PART** and **DENIED IN PART**. The Parties will adhere to the following schedule:

- The deadline for the Parties to submit the joint letter required by ECF No. 6 is extended to **December 3, 2025**.
- The answer deadline is extended to **January 5, 2026**.

The Clerk of Court is respectfully directed to terminate Defendant's Motions at ECF Nos. 10 and 11.

1

**SO ORDERED.**

Dated: November 10, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge