The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.

The Clerk of Court is directed to terminate ECF No. 21.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Cuddy Law Firm, P.L.L.C.,

*Plaintiff,*

-against-

NEW YORK CITY
DEPARTMENT OF EDUCATION,

*Defendant.*

---

SO ORDERED.

LETTER MOTION

Index No. 1:25-cv-08515

February 25, 2026

Dear Judge Furman:

I am a Senior Attorney at the Cuddy Law Firm, P.L.L.C. (CLF), attorney for the Plaintiff in the above-referenced action, wherein Plaintiff seeks attorneys' fees, costs, and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et. seq.,* as well as for this action.

Plaintiff's motion papers are due March 9, 2026. I write to request the Court grant leave for Plaintiff to file the administrative record from the administrative matter (Case No. 251309) under seal as the documentation requires extensive redactions of a minor's personal information, including the minor's name, date of birth, and school identification number. Defendant's counsel consents to the request.

Thank you for considering this request.

Dated: February 25, 2026.
        Valhalla, NY

Respectfully,
s/ Francesca Teresa Antorino
Francesca Teresa Antorino
CUDDY LAW FIRM, P.L.L.C.
*Attorneys for Plaintiff*
400 Columbus Ave., Suite 140S
Valhalla, NY 10595
Tel: (914)517-9553
fantorino@cuddylawfirm.com

CC:    Martha Nimmer, Esq. (via ECF)