UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CUDDY LAW FIRM, P.L.L.C., Plaintiff, -v- NEW YORK CITY DEPARTMENT OF EDUCATION, Defendant. | : | 25-CV-8515 (JMF) <br> ORDER ADOPTING REPORT AND RECOMMENDATION |

JESSE M. FURMAN, United States District Judge:

This action to recover attorneys' fees and costs under the fee-shifting provision of the Individuals with Disabilities Education Act (the IDEA) was referred to Magistrate Judge Ricardo for a Report and Recommendation. *See* Docket No. 7. In the Report and Recommendation filed on July 2, 2026, Magistrate Judge Ricardo recommended that the Plaintiff's motion for attorneys' fees be granted and denied in part. *See* Docket No. 40.

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997). To accept those portions of the report to which no timely objection has been made, however, a district court need only satisfy itself that there is no clear error on the face of the record. *See, e.g.*, *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003); *see also Nambiar v. Cent. Orthopedic Grp., LLP*, 158 F.4th 349, 360-61 (2d Cir. 2025). That clearly erroneous standard also applies "when the objections

are nonspecific or merely perfunctory responses argued in an attempt to engage the district court in a rehashing of the same arguments set forth in the original petition." *Nambiar* 158 F.4th at 361.

In the present case, Magistrate Judge Ricardo advised the parties that they had fourteen days from service of the Report and Recommendation to file any objections and warned that failure to timely file such objections would result in waiver of any right to object. *See* Docket No. 40. In addition, the Report and Recommendation expressly called the parties' attention to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). Nevertheless, as of the date of this Order, no objections have been filed and no request for an extension of time to object has been made. Accordingly, the parties have waived the right to object to the Report and Recommendation or to obtain appellate review. *See Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992); *see also Caidor v. Onondaga County*, 517 F.3d 601 (2d Cir. 2008).

Despite the waiver, the Court has reviewed the petition and the Report and Recommendation, unguided by objections, and finds it to be well reasoned and grounded in fact and law. Accordingly, the Report and Recommendation is ADOPTED in its entirety.

The Clerk of Court is directed to terminate Docket No. 24 and to close the case.

SO ORDERED.

Dated: July 17, 2026
New York, New York

JESSE M. FURMAN
United States District Judge